UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Christopher Marchese-Santos,<br><br>Plaintiff,<br><br>v.<br><br>Commissioner of N.S.C.F., et al.<br><br>Defendants. | Civil Action No. 2:26-cv-117 |

**REPORT & RECOMMENDATION**

On April 8, 2026, Plaintiff initiated this action by filing an application to proceed *in forma pauperis* (IFP). The Court denied the IFP application as incomplete and permitted Plaintiff an opportunity to file a complete application. (Doc. 4.) Plaintiff filed a second IFP application on June 22, 2026,[1] and the Court denied it without prejudice as incomplete on August 24, 2026. (Docs. 5, 9.) Plaintiff was granted 30 days—until September 28, 2026—to pay the filing fee or refile a complete IFP application. (Doc. 9.) Plaintiff was advised that if he did not file within the time allowed, the undersigned would recommend dismissal of his case without prejudice. (*Id.*)

As of the date of this Report and Recommendation, Plaintiff has not paid the filing fee or filed a third IFP application. Accordingly, I recommend that this case be DISMISSED without prejudice.

---

[1] The second IFP Application was timely under the prison mailbox rule.

Dated at Burlington, in the District of Vermont, this 22nd day of October 2026.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge

Any party may object to this Report and Recommendation within fourteen days after service thereof by filing with the Clerk of the Court and serving on the Magistrate Judge and all parties written objections that shall specifically identify those portions of the Report and Recommendation to which objection is made and the basis for such objections. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2); L.R. 72(c). Failure to timely file such objections "operates as a waiver of any further judicial review of the magistrate [judge]'s decision." *Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2nd Cir. 2008).